UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHRYN BROWN,

    Plaintiff,

v.                                                    Case No:  6:18-cv-1537-Orl-40KRS

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff Kathryn Brown's Motion to Remand (Doc. 11), filed October 2, 2018. Defendant has not responded, and the time to do so has passed. *See* Local Rule 3.01(b) (requiring that a party opposing a motion file a response within fourteen days after receiving service of the motion).

In the absence of a response, the Court finds that the Motion is due to be granted as unopposed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Remand (Doc. 11) is **GRANTED**.
2. This case is **REMANDED** to the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida.
3. The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of Court for the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida.
4. The Clerk of Court is thereafter **DIRECTED** to terminate all pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on October 18, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties